IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PARADISO, ET AL.,                                     No. C 13-01395 RS

            Plaintiffs,                               **STANDBY ORDER OF DISMISSAL**

      v.

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT, ET AL.,

            Defendants.
_____/

     The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **February 3, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 6, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

     IT IS SO ORDERED.

Dated:   12/11/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California