1 | JAMES FARINARO  SBN 146189
LAW OFFICE OF JAMES FARINARO
2 | 852 East 14th Street
San Leandro, CA  94577
3 | Telephone:     510.553.1200
Facsimile:      510.553.1220
4
Attorneys for Plaintiffs
5 | PARADISO, LLC AND MICHAEL WIESNER

6 | SEDGWICK LLP
BRUCE D. CELEBREZZE  SBN 102181
7 | MICHAEL A. TOPP  SBN 148445
ERIN A. CORNELL  SBN 227135
8 | 333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
9 | Telephone:     415.781.7900
Facsimile:      415.781.2635
10 | Email:          *bruce.celebrezze@sedgwicklaw.com*
                     *michael.topp@sedgwicklaw.com*
11 |                  *erin.cornell@sedgwicklaw.com*

12 | Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY OF
13 | CONNECTICUT AND TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA, erroneously
14 |  sued as "THE TRAVELERS INSURANCE COMPANY"

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARADISO, LLC and MICHAEL WIESNER, | Case No. C 13-01395 RS |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INSURANCE COMPANY; and DOES 1 through 25, | |
| Defendants. | |

DOCS/18190727v1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between the parties through their respective
2   counsel of record herein that the above-referenced action be and hereby is dismissed with
3   prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A).
4   IT IS FURTHER STIPULATED AND AGREED by and between the parties through
5   their respective counsel of record herein that each party shall bear his or its own costs and
6   attorneys' fees incurred in connection with this action.
7   IT IS SO STIPULATED.

8   DATED:  January 16, 2014         LAW OFFICES OF JAMES FARINARO

10                                   By: */s/ James Farinaro (as authorized on January 13, 2014)*
11                                        James Farinaro
                                          Attorneys for Plaintiffs
12                                        PARADISO, LLC AND MICHAEL WIESNER

13  DATED:  January 16, 2014         SEDGWICK LLP

15                                   By:  */s/ Erin A. Cornell*
16                                        Michael A. Topp
                                          Erin A. Cornell
17                                        Attorneys for Defendants
                                          THE TRAVELERS INDEMNITY COMPANY OF
18                                        CONNECTICUT AND TRAVELERS PROPERTY
                                          CASUALTY COMPANY OF AMERICA, erroneously
                                          sued as "THE TRAVELERS INSURANCE COMPANY"
19

20                                   **ORDER**

21      Pursuant to the parties' stipulation, IT IS SO ORDERED.

23  DATED:  1/16/14

25                                   _____
                                       HONORABLE RICHARD SEEBORG
26                                     UNITED STATES DISTRICT JUDGE